IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02570-REB-BNB

COLLEGE PHARMACY, INCORPORATED EMPLOYEE STOCK OWNERSHIP PLAN, by
JOHN STINAR, Trustee, and
COLLEGE PHARMACY, INC., a Colorado corporation,

Plaintiffs,

v.

MARK LARIVEE, individually, and
PRAIRIE CAPITAL ADVISORS, INC., an Illinois corporation,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Complaint** [docket no. 11, filed October 10, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to file the attached Second Amended Complaint for filing.

DATED:  October 11, 2013