IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action:   13-cv-02570-REB-BNB              Date: March 17, 2014
Courtroom Deputy:   Brandy Simmons              FTR: BNB COURTROOM A-401

---

| *Parties* | *Counsel* |
|---|---|
| COLLEGE PHARMACY, INCORPORATED EMPLOYEES STOCK OWNERSHIP PLAN, COLLEGE PHARMACY, INC., | *Matthew James Roy Zendejas* |
| **Plaintiff,** | |
| MARK LARIVEE, PRAIRIE CAPITAL ADVISORS, INC, | *Charles Henry Torres* *John Edwin Bolmer, II* *Adam B. Wiens* |
| **Defendants.** | |

---

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:   2:59 p.m.

Appearance of counsel.

Argument presented on [30] Defendant Mark Larivee's Motion to Verify Plaintiffs' Certificate of Review.

For reasons stated on the record, it is

**ORDERED:   Defendant Mark Larivee's Motion to Verify Plaintiffs' Certificate of Review [30] is DENIED.**

Court in Recess:   3:09 p.m.      Hearing concluded.     Total time in Court:   00:10