IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02570-REB-BNB

COLLEGE PHARMACY, INCORPORATED EMPLOYEE STOCK OWNERSHIP PLAN,
John Stinar, Trustee, and
COLLEGE PHARMACY, INC., a Colorado corporation,

Plaintiffs,

v.

MARK LARIVEE, individually, and
PRAIRIE CAPITAL ADVISORS, INC., an Illinois corporation,

Defendant.

---

## ORDER

---

This matter arises on **Defendant Mark Larivee's Motion to Verify Plaintiffs' Certificate of Review** [Doc. # 30, filed 2/5/2014] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion [Doc. # 30] is DENIED.

Dated March 17, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge