**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02570-REB-BNB

COLLEGE PHARMACY, INCORPORATED EMPLOYEE STOCK OWNERSHIP PLAN,
John Stinar, Trustee, and
COLLEGE PHARMACY, INC., a Colorado corporation,

    Plaintiffs,

v.

MARK LARIVEE, individually, and
PRAIRIE CAPITAL ADVISORS, INC., an Illinois corporation,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT, MARK LARIVEE, ONLY

**Blackburn, J.**

    The matter is before the court on the **Stipulated Motion To Dismiss All Claims Against Defendant Mark Larivee With Prejudice** [#54][1] filed August 12, 2014. After reviewing the motion and the record, I conclude that the motion should be granted and that plaintiffs' claims against defendant, Mark Larivee, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss All Claims Against Defendant Mark Larivee With Prejudice** [#54] filed August 12, 2014, is **GRANTED**;

---

[1] "[#54]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

      2.  That plaintiffs' claims against defendant, Mark Larivee, are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

      3.  That defendant, Mark Larivee, is **DROPPED** as a named defendant in this action, and the case caption is amended accordingly.

      Dated August 12, 2014, at Denver, Colorado.

                                  **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge