# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02570-REB-BNB

College Pharmacy, Incorporated Employee Stock Ownership Plan, by Johan Stinar, Trustee; and College Pharmacy, Inc., a Colorado corporation,

    Plaintiffs,

v.

Mark Larivee, individually; and
Prairie Capital Advisors, Inc., an Illinois corporation,

    Defendants.

---

## ORDER RE: DEFENDANT PRAIRIE CAPITAL ADVISORS, INC.'S
## MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' NEGLIGENCE CLAIM

---

THIS MATTER COMES before the Court on the Motion for Summary Judgment on Plaintiffs' Negligence Claim of Defendant Prairie Capital Advisors, Inc. ("Prairie"), and the Court being fully advised in the premises, hereby ORDERS that:

The Motion is GRANTED. The Court grants Prairie judgment as a matter of law on Plaintiffs' negligence claim against Prairie; dismisses Plaintiffs' negligence claim against Prairie, with prejudice; and awards Prairie all applicable costs, and Prairie's reasonable attorney fees under C.R.S. § 13-17-102, which Prairie incurred with respect to Plaintiffs' negligence claim against Prairie.

DATED this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE