# Exhibit A

prairie capital
advisors, inc.



# Valuation Report

## As of January 15, 2008

PLAINTIFFS' 0001

## Table of Contents

| | | Page Number |
|---|---|---|
| 1. Scope of Valuation | | 01 |
| 2. Due Diligence Procedures | | 03 |
| 3. Company Overview | | 05 |
| 4. Economic Outlook | | 10 |
| 5. Industry Outlook | | 21 |
| 6. Company Financial Overview | | 33 |
| 7. Concepts of Value | | 37 |
| 8. Income Approach – Discounted Net Cash Flow Method | | 39 |
| 9. Market Approach – Guideline Public Company Method | | 46 |
| 10. Reconciliation and Conclusion of Value | | 48 |
| 11. Statement of Limiting Conditions | | 55 |
| 12. Prairie Capital Advisors, Inc. Overview | | 56 |
| 13. Appendix A: Concepts of Value | | 64 |
| 14. Appendix B: Summary of Guideline Companies | | 66 |
| 15. Exhibits | Exhibit A  Historical Financial Statements | |
| | Exhibit B  Discounted Cash Flow Analysis | |
| | Exhibit C  Guideline Company Analysis | |
| | Exhibit D  Comparable Market Transaction Analysis | |
| | Exhibit E  ESOP Feasibility Analysis | |

prairie capital
advisors, inc.

PLAINTIFFS' 0002

## Scope of Valuation

- **Purpose of Valuation**
  - Prairie Capital Advisors, Inc. ("Prairie") has been engaged by the College Pharmacy, Inc. Employee Stock Ownership Plan and Trust (the "ESOP Trust") to provide financial analysis and advice for a proposed transaction (the "Transaction") whereby the ESOP Trust will acquire either all of the outstanding common stock of College Pharmacy, Inc. ("College Pharmacy" or the "Company") as of January 15, 2008. Specifically, Prairie has been asked to render an opinion as to whether the consideration to be paid by the ESOP Trust for the Transaction exceeds the fair market value of the common stock of College Pharmacy as of the date the Transaction closes and whether the acquisition of the common stock of College Pharmacy in the Transaction is fair to the ESOP Trust, from a financial point of view, considered in the context of the transaction as a whole.
  - Fair Market Value in this report is defined as the amount at which the stock might exchange between a willing buyer and a willing seller, each having reasonable knowledge of all pertinent facts, neither being under compulsion to buy or sell, and with equity to both parties.

- **Analysis of Information Provided**
  - Tax returns from the years ended December 31, 2002 - 2006, prepared by R.J. Campbell
  - Internal interim financial statements for the YTD period ended October 31, 2007
  - Independently prepared valuation reports for College Pharmacy, as of December 31, 2006 and September 30, 2007, prepared by International Valuation Associates, Inc.
  - Review of financial results and conversations with management on historical results and forward-looking projections

1



prairie capital advisors, inc.

PLAINTIFFS' 0003

## Scope of Valuation

☐ **Valuation Analysis**
- Valuation using Discounted Cash Flow Analysis.
- Valuation using Guideline Public Company Method.
- Valuation using Comparable Market Transaction Method.
- Analysis of College Pharmacy's capital structure, operating margins, and other factors which impact value.

The opinions of value expressed in this report are contingent upon the assumptions and limiting conditions attached. Following is a report delineating the assumptions made, the methodology employed, and the conclusions reached.

Respectfully Submitted,

*Prairie Capital Advisors, Inc.*

———————————————
Prairie Capital Advisors, Inc.

2

prairie capital
advisors, inc.

PLAINTIFFS' 0004