# Exhibit B



**prairie capital**
advisors, inc.

November 10, 2007

Mark Larivee
Trustee of the Pharmacy Management Services ESOP Trust
3505 Austin Bluffs Parkway, Suite 101
Colorado Springs, CO 80918

Dear Trustee:

## Description of the Engagement

Prairie Capital Advisors, Inc. ("Prairie") is pleased to submit our proposal to provide valuation and related financial advisory services to the Pharmacy Management Services Employment Stock Ownership Plan and Trust (the "ESOP Trust"). It is our understanding that the ESOP Trustee ("You" or the "Client") will be asked to consider a proposed transaction whereby the ESOP Trust will acquire either all of the outstanding common stock or all of the assets of College Pharmacy, Inc. ("College Pharmacy" or the "Target Company"). The definitive terms of the transaction are not completed however we understand that discussions have been initiated with the Target Company. It is our preliminary understanding that the funding of the proposed transaction will take the form of seller subordinated financing.

You have requested our proposal to provide financial advice as may be requested during the course of this engagement, and render reports and opinions as to:

- Whether the consideration to be paid by the ESOP Trust for the common stock or the assets of the Target Company exceeds the fair market value of the common stock or the assets of the Target Company determined as of the date the Transaction closes. The term Fair Market Value is defined as the amount at which the ESOP Securities might exchange between a willing buyer and a willing seller, each having reasonable knowledge of all relevant facts, neither being under compulsion, and with equity to both. This definition of Fair Market Value is generally considered to be consistent with the meaning of the term Adequate Consideration, as discussed the proposed ESOP regulations promulgated by the Department of Labor under ERISA.

- Whether the acquisition of the common stock or the assets of the Target Company by the ESOP Trust in the transaction is fair to the ESOP Trust, from a financial point of view, considered in the context of the transaction taken as a whole.

## Valuation Approaches

In reaching the conclusions to be expressed in our opinions, we will consider various approaches deemed to be appropriate in estimating the value of the Company and its securities. These approaches may include:



Oakbrook Terrace Tower ■ One Tower Lane ■ Suite 3010 ■ Oakbrook Terrace, IL 60181
630.443.9933 ■ F 630.443.9977 ■ www.prairiecap.com

PRAIRIE 000195

Mark Larivee
Trustee of the Pharmacy Management Services ESOP Trust
November 10, 2007
Page 2

**Discounted Cash Flow Approach** - This approach identifies the investment return accruing to the purchaser of a business or its securities, and after assessing the relative risk of the investment versus comparable investments, converts the future stream of cash flows to present value. In developing the estimate of cash flows, consideration is given to the cost-volume-profit relationships of the subject firm, the external competitive marketplace, the general economy, and other factors.

**Market Comparable Approach** - This approach results in an estimate of value by looking to the market pricing dynamics of comparable investments for which transaction data can be obtained from public sources and analyzed. In the context of business valuation, this usually involves a study of publicly traded securities or known enterprise acquisitions deemed to be reasonably comparable to the subject. Once a level of comparability is established, an array of Price-to-Earnings, Price-to-Book Value, Price-to-Revenue, or other relevant statistics can be created and applied to the Company.

**Adjusted Net Worth Approach** - Under this approach, the individual assets and liabilities of the business are reset to current market value, resulting in an adjustment to net worth reflecting the combined positive and/or negative adjustments. The assets and liabilities considered include both tangible and intangible categories, and also whether they are recognized on the balance sheet or not.

## Timing and Professional Fees

**ESOP Transaction Advisory Services** The opinions regarding adequate consideration and financial fairness will be delivered in a letter to You at the closing of the transaction. Prior to the delivery of our opinions, a draft narrative report will be delivered for your review, which summarizes the approaches used and conclusions reached in forming the basis for the opinions. This report will include an analysis of the Company, a discussion of the valuation approaches employed, and supporting exhibits. We will issue a signed final report within two weeks of your review and approval of the draft report.

Based on our understanding of the scope of the engagement as described herein, our fee is estimated to be **$36,000 - $38,000**, of which **$12,500** is due upon execution of this letter and the balance is due as invoiced upon delivery of our opinions at closing or upon notice that the transaction has been terminated.

**Other Services** If you authorize us to provide any services beyond the scope of the engagement as set out above, any additional fees will be based on the amount of time and effort expended by our staff in providing the supplemental services. The current per diem rates for our staff range from $175 to $275 per hour. Any incremental fees will also be due and payable as invoiced at the closing or termination of the transaction.

**Annual Updated Valuations** It is our understanding that annual valuations are required for plan ESOP administration purposes. The fee to complete each annual updated valuation will be **$10,750** for at least the next two updates. The valuation update fees and terms of engagement will be summarized in separate engagement letters issued concurrent with the completion of each future fiscal year.

PRAIRIE 000196

**Reimbursable Expenses** In addition to the fee as set forth above, You will be invoiced for all travel, living and other incidental out-of-pocket expenses incurred by our staff in completing the engagement.

## Engagement Terms and Conditions

In completing this engagement, we will rely on information provided by You and the Company including, but not limited to, ESOP Documents (plan, trust, ESOP loan documents and others), financial statements, projections, prior valuation reports, client information, facilities descriptions, employee data, and other information as may be requested. We will accept this information as being accurate without independent verification.

We will act as independent contractor. Our fee is not contingent in any way upon our conclusions of value, or upon the opinions reached.

Our opinion letters and report will be addressed and delivered to You and are valid only for the purpose stated herein. Such opinion will conform to the Department of Labor Regulations set forth in 29 C.R.F. Section 25.10.3-18. A copy of our opinion letter will be delivered to your legal counsel, and may be used by your counsel in rendering opinions it may be asked to give in connection with the transaction. You agree that you will not reference our name, our opinion letter, or our report, in whole or in part, in any document distribute to third parties without our prior written authorization. Such authorization will not be unreasonably withheld.

Notwithstanding the fact that You are the Client of record, by signature below the Company is obligated to pay the fees and reimbursable expenses referenced in this letter.

The Company agrees to indemnify and hold Prairie, its officers, directors, and employees harmless against any and all liability, claim, loss, cost, and expense, of whatever kind or nature, which Prairie may incur, or be subject to, as a party, expert witness, witness or participant in connection with any dispute or litigation involving the Company or the Client unless such liability, claim, loss, cost, an expense, of whatever kind or nature, is due to the wrongdoing of Prairie and such wrongdoing is not caused by, directly related to, or the result of the information provided to Prairie by the Company or the Client.

If this letter correctly reflects your understanding of our agreement, we ask that you confirm it by obtaining authorized signatures as set out below. Please forward one of the signed copies to us along with a retainer in the amount of **$12,500**.

Very truly yours,

Peter Aliferis
Vice President, Corporate Finance

PRAIRIE 000197

Mark Larivee
Trustee of the Pharmacy Management Services ESOP Trust
November 10, 2007
Page 4

For the Client: *[signature]*

Mark Larivee
Trustee of the Pharmacy Management Services ESOP Trust

For the Company: *[signature]*

Title—

PRAIRIE 000198