# Exhibit C

## Reconciliation and Conclusion of Value

### Controlling Interest Premise

**ELEVEN MILLION FIVE HUNDRED EIGHTY FIVE THOUSAND ONE HUNDRED AND THIRTY DOLLARS**

$ 11,585,130

or

**ELEVEN THOUSAND FIVE HUNDRED EIGHT FIVE DOLLARS AND THIRTEEN CENTS PER SHARE**

$ 11,585.13 per share*

*Based on 1,000 shares outstanding

### Transaction Summary

- We have been retained by you, in your capacity as the Trustee (the "ESOP Trustee") of the College Pharmacy, Incorporated Employee Stock Ownership Trust (the "ESOP Trust"), to conduct an analysis of a proposed transaction involving the sale of all of the common stock from present stockholders of College Pharmacy, Incorporated ("College Pharmacy" or the "Company") to the ESOP Trust. It is our understanding that the ESOP Trustee is contemplating a transaction whereby the ESOP Trust will purchase 1,000 shares representing 100.0% of the total number of shares of common stock (the "ESOP Securities") issued and outstanding as of January 15, 2008. The ESOP Securities will be purchased for the aggregate amount of $10,000,000 or $10,000.00 per share from Tom Bader (the "Seller") on January 15, 2008.

- To fund the proposed transaction the Trustee will pay for the ESOP Securities by delivering to the Seller a promissory note, and this promissory note that the Trustee will deliver to the Seller in payment for the ESOP Securities is referred to in this Agreement as the "ESOP Note." The extensions of credit evidenced by the ESOP Note which shall be amortized over 15 years at an annual interest rate equal to 8% per annum. To secure the obligations of the Plan under the ESOP Note and under the ESOP Loan



prairie capital
advisors, inc.

PLAINTIFFS' 0053