# Exhibit D



LITIGATION SUPPORT | FORENSIC ACCOUNTING
BUSINESS APPRAISALS | ECONOMIC DAMAGES

**Personal and Confidential**

July 2, 2010

Mr. John Stinar, Esq.
Trustee
College Pharmacy, Inc. Employee
   Stock Ownership Trust
121 E. Vermijo
Suite #200
Colorado Springs, CO 80903

Dear Mr. Stinar:

We have prepared and enclosed herewith, at your request, our appraisal report of College Pharmacy, Incorporated (the "Company" or "CPI"), a Colorado S-Corporation. The purpose of this appraisal is to provide the fair market value ("FMV") of a 100.0% common stock interest (the "Subject Interest") in the Company as required by the College Pharmacy, Inc. Employee Stock Ownership Plan (the "Plan") and the Internal Revenue Code. The subject interest will be valued on a controlling basis. The date of valuation is December 31, 2009 (the "valuation date").

### Appraisal Summary

Based upon the valuation methods described and used in this report, including assumptions and supporting calculations, we believe the FMV of the Subject Interest, as of the valuation date, to be **$ 90,000**, or **$90 per share**.

In arriving at our opinion, we have applied generally accepted valuation procedures based upon current literature and available economic and market factors as of the valuation date.

Our report is based on information provided to us by management of the Company and other third parties. Had we audited or reviewed the underlying data, matters may have come to our attention, which would have resulted in our using amounts which differ from those provided. Accordingly, we take no responsibility for the underlying data presented in this report. Users of this appraisal report should be aware that valuations might be based on future earnings potential that may or may not materialize. Therefore, the actual results achieved may vary from the information utilized in this appraisal, and the variations may be material. We have no responsibility to update this report for events and circumstances occurring subsequent to the date of this report.

Our appraisal and this report have been prepared in conformity with the *Uniform Standards of Professional Appraisal Practice*, the *Business Valuation Standards of the American Society of Appraisers* and *The Code of Professional Conduct of the American*

2

2 North Cascade 11 floor, Colorado Springs, CO 80903
Phone (719) 226 3702 | Fax (719) 590 6038
Email levis@levisconsult.com | www.e-lisconsult.com

**PLAINTIFFS' 0592**

*Institute of Certified Public Accountants.* We have considered various valuation methodologies, including asset-based methods, income-based methods, and market-based methods. The value estimates, which resulted from each method, have been compared and a final value conclusion has been determined. We make no further warranty, express or implied.

This report has been expressly prepared to value the Subject Interest, on a controlling basis, as required by the Plan and the Internal Revenue Code. The report should not be distributed, circulated, quoted from, or cited in any manner that is not consistent with this purpose except as expressed in writing by us. A valuation for a different purpose, or under a different standard of value, or as of a different date could result in a materially different opinion of value for the subject interest.

Our appraisal is subject to the Limiting Conditions & Assumptions discussed in the "Introduction" section of this report included on the pages following this Opinion Letter.

Very truly yours,
LEVIS CONSULTING

*Robert W. Levis*

By Robert W. Levis, CPA/ABV, ASA

PLAINTIFFS' 0593