# Exhibit E

# Market Based Valuation Approach

This method represents a market-oriented approach to estimating value by comparing the company being valued to ownership interests in similar companies, public and/or private, that have actually been sold to determine a value estimate. The market comparison approach is contingent upon the availability of exchanges (and information thereon) involving reasonably comparable businesses in a free and active marketplace. There are three methods we considered in applying this approach:

1. Transaction Value Method
2. Public Market Data Method (Guideline Public Company Method)
3. Guideline Merged or Acquired Company Method

## Transaction Value Method

Transaction value is the value at which shares of the Company were recently sold. A recent sale of a security is an indicator of value for both legal and economic purposes. If an examination of all of the relevant facts reveals that the transaction took place at arm's-length, i.e., that neither buyer nor seller was forced to deal, that both had adequate information, and that the transaction was for reasonable consideration, the value established by such a transaction should be considered.

The ESOP acquired the Subject Interest in early 2008 for $10 million based, at least in part, on an appraisal conducted by Prairie Capital Advisors, Inc. using a valuation date of January 15, 2008 which concluded with a value of $11,585,130. Based on my review of this appraisal and its underlying assumptions and methodologies, this appraisal and the Subject Interest acquisition price is clearly inappropriate to value the Company at the valuation date.

In addition, Prairie Capital Advisors, Inc. appraised the Subject Interest for the ESOP at December 31, 2008 with an opinion of value of $5,663,000. Based on my review of this appraisal and its underlying assumptions and methodologies, this appraisal and the Subject Interest acquisition price is clearly inappropriate to value the Company at the valuation date.

## Public Market Data Method (Guideline Public Company Method)

The last factor of Revenue Ruling 59-60 requires an appraiser to consider: "The market price of stocks of corporations engaged in the same or similar line of business having their stocks actively traded in a free and open market." The guideline company method attempts to determine the value of the subject company by comparing it with comparable enterprises traded in active, public markets. This is accomplished by applying comparative market-derived multiples of value, such as a price-to-earnings ratio, price-to-revenue ratio, and price-to-book ratio, to the respective earnings, revenue, and book value of the similar subject company.

There are several criteria that should be considered in determining whether or not publicly traded companies are comparable to the subject company for purposes of applying this methodology. These criteria are:

PLAINTIFFS' 0628

1. In the same or similar line of business;
2. Having similar product lines;
3. Having similar competitive positions within the industry;
4. Having similar historical rates of growth;
5. Having similar historical and current levels of profitability;
6. Having similar capital structures; and,
7. Of similar size, relative to sales volume and total assets.

Valuation multiples derived from publicly traded companies can be important determinants of value because they reflect the expectations of market participants. These multiples provide a reading of the market's psychology and its consensus as to the relative worth of a security. If guideline publicly-traded companies can be found, meaningful valuation multiples for a subject company can be determined by comparing the firm with others in the same industry and, from its relative standing in the industry, inferring subject company market valuation ratios based on industry valuation ratios. In addition, as a group, these companies offer alternative investment opportunities in the same industry to a hypothetical willing buyer.

Based on discussions with compounding pharmacy participants, industry research and our own research of publicly traded companies, we did not identify <u>any</u> companies that were reasonably similar enough to the Company to use as a basis of comparison for valuing CPI. Therefore, this method was disregarded.

## Guideline Merged or Acquired Company Method

The private market data method follows the analytical process of determining the sales price as a ratio to revenues, sales price as a ratio to earnings, and/or sales price as a ratio to book value of comparable companies and applying these ratios to the revenues, earnings, and/or book value of the subject company.

Often, the underlying transactional information is difficult or impossible to obtain. Most transactions involve privately-held companies acquired by non-public companies or individuals. While the actual transaction price may be known, we cannot uncover what warranties and indemnities were given by the seller, what terms and conditions were given or received, whether cash or other assets were taken from the business prior to acquisition, or what impact tax planning had on the way the transaction was structured. Drawing comparisons based on private market transactions is often further complicated by the fact that, in most instances, there is very limited historical operating and financial information regarding the seller (e.g., those which would demonstrate past levels of growth, unusual and one-time items, etc.) which typically have a major impact on investors' expectations regarding future operating and financial results and, furthermore, how this missing information should be taken into account when comparing prior sales transactions and respective price benchmark ratios to the subject company.

PLAINTIFFS' 0629

However, in an active market with many transactions of companies in a similar line of business over a relatively recent timeframe, the acquisition prices paid for similar companies can provide compelling evidence of reasonable ranges of values based on some factor of operating or financial results of the companies acquired. In consolidating industries, many of the purchasers are publicly traded companies, which are often required to report their acquisition activities to the SEC. The factors most commonly analyzed and considered are operating in nature since these transactions typically encompass the entire capital structure of the seller ("enterprise value"). The factors most commonly analyzed and considered are prices paid as a multiple of revenue, seller discretionary cash flow (cash flow excluding compensation to the owner/operator) and earnings before interest, taxes and depreciation ("EBITDA"). Rarely will the comparative transaction method be considered without reconciliation with other methods of estimating value.

The principal sources of private company sales information are computer databases that report transactional data from sources believed to be reliable and that have direct knowledge of the transactions. Below is a brief description of the databases used for small- to medium-sized businesses which we researched:

- *Pratt's Stats* is the official database of the International Business Brokers Association and the current update includes over 11,500 business transactions. Its data sources are the International Business Brokers Association, members of the Institute of Certified Business Counselors, the Professional Practice Valuation Study Group, and others. The database began in September 1997, and the transactional information is compiled by Business Valuation Resources, Portland, Oregon.

- *BizComps* includes over 10,000 transactions and generally covers small businesses that sell for less than $5 million with most sales less than $1 million. The information is gathered from business brokers and financial intermediaries, which are deemed to be reliable by the publisher. The transactions cover a period of over 15 years with most transactions occurring within the last 5 - 10 years.

Our *BizComps* yielded no companies similar to CPI and our *Pratt's Stats* search yielded one possible similar company discussed below:

- A single location compounding pharmacy generating $5.6 million in revenue and $746,000 in operating profit sold its assets for $3.4 million, or approximately 4.6x operating profit, in 2007.

Given the lack of data yielded by the data bases and our belief the above transaction is not representative of an sale opportunity available to College Pharmacy at the valuation date (lack of diversity in industries served and materially smaller in size combined with the uncertainties associated with the Company's current business plan changes), the Guideline Acquired Company method was disregarded.

PLAINTIFFS' 0630

## Rule of Thumb

Some industries have rules of thumb, (sometimes given an aura of credibility by being referred to as "industry valuation formulas") about how companies in their industry are valued for transfer of controlling ownership interests. On the one hand, if such rules of thumb are widely disseminated and referenced in the industry, they probably should not be totally ignored. On the other hand, there is rarely credible evidence as to how such rules were developed or how well they actually relate to empirical transactional data. The rules are usually quite simplistic and, consequently, fail to recognize how differences in either operating characteristics or assets from one company to another affect the valuation. They also fail to recognize changes in conditions for companies in various industries from one time period to another. Furthermore, it is common for companies in many industries to sell on terms other than cash. In this way, the "prices" generated by the rules of thumb often are not cash equivalent values.

However, industry "rules of thumb" can serve as a reasonable "sanity check" for estimates of value derived utilizing more rigorous and generally accepted valuation methodologies. I discussed the "market value" of compounding pharmacies with Mr. Paul Levesque, acting Chief Executive Officer of the International Academy of Compounding Pharmacists, who had built and sold his own compounding pharmacy in California a few years ago. Mr. Levesque believes a reasonable range of value based on his experience is around "4x EBITDA" and you would be luck to sell one for 5x EBITDA given the regulatory scrutiny and problems the industry has experienced over the course of the last several years/decades.

Given the Company's existing outlook at the valuation date, combined with the uncertainty surrounding the Company, we have used this rule of thumb as a sanity check on our indication of value for the Company's operations as discussed in the Income-Based Approach to value section of this report. The Capitalized Earnings method yielded an indication of value for the Company's operation of approximately 3.8x 2009 EBITDA as illustrated at Exhibit 3, which we believe is reasonable.

PLAINTIFFS' 0631