# Exhibit G

Meeting of the Board of
College Pharmacy Inc.
September 15, 2010

A meeting of the Board of Directors of College Pharmacy Inc. (the "Company") was held on September 15, 2010 at 0900 am at the Company's offices located at 3505 Austin Bluffs Parkway, Colorado Springs, Colorado. The following directors were present in person, constituting all of the directors of the Company (the "Board"):

Jerry Gillick
Kellie Plush
Nadine Powers
Frieda Martin
Y. R. Hladkyj

### 1. Employee Agreement – Jerry Gillick

While Jerry introduced his proposal, Kellie went through the specifics. Jerry has requested a 3 year renewal on his current contract with a 10% salary increase beginning in 2011 with a 6% increase in January 2012 and January 2013. He also requested a deferred compensation plan of $10,000.00 per year for three consecutive years beginning in 2011. Concern was raised about the 6% in January 2012 & January 2013 due to financial stability of the company. Kellie proposed a motion to accept the 10% salary increase and the deferred compensation plan. Jerry second the motion and the rest of the board members voted in favor of the motion. It was suggested that the exact percentage for 2012 & 2013 be determined by the board at a later date. It was also suggested that we obtain a baseline or going rate for someone running a company our size in this location as a comparison and discuss further at next board meeting.

### 2. Employee Agreement – Bob Dimmen

Bob Dimmen's current employment contract which is due to expire on December 31, 2010 was discussed. It was agreed that such a comprehensive contract is not needed again; however, a limited contract to maintain his current rate of pay and PTO accrual is warranted and will be documented in his employee file. Jerry proposed a motion to accept the current proposal for Bob, Kellie second the motion. Frieda and Nadine voted in favor of the motion while Y.R. chose to abstain due to lack of knowledge but stated for the record that he believes it is a rational approach.

### 3. State Licensing Update

LA – We are now licensed, so we've resumed shipping.

NE – Jerry is licensed in NE. We were licensed there years ago and recently presented them with our settlement agreement and probation status with other states. We haven't received any feedback Redacted

VA – We are going through the relicensing procedure, they too are considering our situation.

AK – We recently submitted a renewal and they are waiting until their next board meeting to discuss our situation. Redacted Redacted

IL – We are licensed but they are looking at our situation more closely. Their attorney contacted Jerry with a few questions and stated that he was going to recommend to the board that they mirror what some of the other states are doing.

CA – Jerry signed stipulation which was written by their board's attorney, their attorney lead Jerry and our attorney to believe that once it was signed the Executive Director had the authority to approve it. Jerry was just notified by email that there has to be a vote. The Executive Director recently requested votes from the other board members, once the votes are in she will sign and issue license.

ME – Requested certification letters be sent directly to them from every state we are licensed in which has taken over a year. They have all the letters so we need to follow up.

## 4. CPI lease / Bader update

Jerry and Kellie looked at a few locations. Our real estate agent said that we would need a build up which Potts & Co estimated at $1,500,000.00 for a company our size. Even if we had that money, someone would need to guarantee the lease. We still have the option for a 2-3 year lease here at current location.

The feds have taken over the building and are taking other assets from Tom. Redacted Redacted Redacted

## 5. ESOP Plan – discuss financial obligation

While Prairie valued the company at $10,000,000.00, Rob Levis has it valued at $90,000.00. Prairie didn't have all the details and didn't consider the impact of the indictment. The $90,000.00 represents our assets and what the company would sell for on the open market. You have to consider what someone would pay to take on all the debt and liabilities that CPI has. Given the big difference in value, the shares are worth less. This leaves a difference of $37,000.00 between our indemnifiable expenses and the