IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02570-REB-BNB

COLLEGE PHARMACY, INCORPORATED EMPLOYEE STOCK OWNERSHIP PLAN,
John Stinar, Trustee, and
COLLEGE PHARMACY, INC., a Colorado corporation,

Plaintiffs,

v.

PRAIRIE CAPITAL ADVISORS, INC., an Illinois corporation,

Defendant.

---

# MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED:

(1) The **Unopposed Motion to Extend Discovery Deadlines** [Doc. # 67, filed 9/18/2014] is GRANTED. The discovery cut-off is extended to and including November 25, 2014, solely to allow for the depositions of Brian Hector, Robert W. Levis, and Bradley Van Horn.

(2) No further extensions will be allowed.

DATED: September 19, 2014