IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action: 13-cv-02570-REB-BNB | Date: September 25, 2014 |
| Courtroom Deputy: Brandy Simmons | FTR: BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| COLLEGE PHARMACY, INCORPORATED EMPLOYEES STOCK OWNERSHIP PLAN, COLLEGE PHARMACY, INC., | Matthew James Roy Zendejas (via telephone) |
| **Plaintiffs,** | |
| PRAIRIE CAPITAL ADVISORS, INC, | Adam B. Wiens |
| **Defendant.** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 1:31 p.m.

Appearance of counsel.

Parties have resolved this case. Parties have to, and including, October 10, 2014, to file a motion or stipulation to dismiss.

For reasons stated on the record, it is

**ORDERED: Defendant Prairie Capital's Motion to Compel [56] is DENIED as moot.**

Court in Recess: 1:34 p.m.   Hearing concluded.   Total time in Court: 00:03