IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02570-REB-BNB

COLLEGE PHARMACY, INCORPORATED EMPLOYEE STOCK OWNERSHIP PLAN,
John Stinar, Trustee, and
COLLEGE PHARMACY, INC., a Colorado corporation,

Plaintiffs,

v.

PRAIRIE CAPITAL ADVISORS, INC., an Illinois corporation,

Defendant.
_____

## ORDER
_____

Pending is **Defendant Prairie Capital's Motion to Compel** [[Doc. # 56, filed 8/14/2014] (the "Motion to Compel"). Subsequently, I was informed that the parties have resolved the matter.

IT IS ORDERED:

(1)   The Motion to Compel [Doc. # 56] is DENIED as moot.

(2)   The parties shall file a motion or stipulation to dismiss on or before October 10, 2014.

Dated September 25, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge