# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 13-cv-02570-REB-BNB

COLLEGE PHARMACY, INCORPORATED EMPLOYEE STOCK OWNERSHIP PLAN,
John Stinar, Trustee, and
COLLEGE PHARMACY, INC., a Colorado corporation,

    Plaintiffs,

v.

PRAIRIE CAPITAL ADVISORS, INC., an Illinois corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulated Motion To Dismiss With Prejudice** [#75][1] filed October 17, 2014. After reviewing the motion and the record, I conclude that the motion should be granted and this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#75] filed October 17, 2014, is **GRANTED**;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set December 19, 2014, are **VACATED**;

---

[1] "[#75]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

3. That the jury trial set to commence January 5, 2015, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 17, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge